In re Hillin Oil Company; Auster Oil & Gas Inc.; Fuller, William M.; GS Oil & Gas Co.; Altschul, Arthur G.; Korngold Investments; Consolibag Inc.; Hunt, Sherman; Hunt, Stuart; Jar Timber Company; Moore McCormick Oil & Gas Corp; McCormick, Moore Oil/Gas Corp.; Domas, Otis H.; Buttes Resources Co.; Annco Petroleum Co.; applying for writ of certiorari and/or review, supervisory writs; to the Court of Appeal, Third Circuit, No. 84-699; Parish of Calcasieu, 14th Judicial District Court, Div. “F”, No. 82-3601.
Prior report: La.App., 476 So.2d 1118.
Granted.